IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARCH INSURANCE COMPANY, *a Missouri corporation*, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 15-1250 JPG/SCW ) |
| KNIGHT HAWK COAL, LLC, *et al.* | ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal (doc. 69). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, the defendant has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** without prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: October 20, 2016

*s/J. Phil Gilbert*
U.S. District Judge